KENNETH C. ABSALOM (SBN 114607)
JAMES J. ACHERMANN (SBN 262514)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff
E.B. KEYES,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.B. KEYES,<br><br>    Plaintiff,<br><br>  vs.<br><br>FEDEX GROUND PACKAGING SYSTEMS, INC., GENERAL SERVICES ADMINISTRATION, CHRISTINE COLEY, an individual; and DOES 1 through 10,<br><br>    Defendant | Case No.: 2:09-cv-01297 JAM EFB<br><br>JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER |

    Pursuant to Civ. L.R. 7-12, the parties to the above-captioned action, by and through their undersigned counsel of record, hereby request that this Court approve the following Stipulation to modify the Status (Pre-trial) Scheduling Order and Trial Date so that the parties may complete percipient and expert discovery, and adjudicate dispositive motions.

**IT IS HEREBY STIPULATED:**

|  | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Close of Discovery: | 7/2/10 | 10/1/10 |

JOINT STIPULATION AND [PROPSED] ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Last day for Plaintiff's Expert Disclosure | 4/26/10 | 8/13/10 |
| Last Day for Defendant's Expert Disclosure | 5/26/10 | 9/10/10 |
| Last Day to File Dispositive Motions | 8/4/10 | 11/3/10 |
| Last Day to Hear Dispositive Motions | 10/1/10 | 12/8/10 at 9:30 a.m. |
| Pre-trial Conference | 10/15/2010 | 1/28/11 at 3:00 p.m. |
| Last Day to File Join Pre-Trial Statement | 10/8/10 | 3/21/11 |
| Trial Date | 12/6/10 | 3/14/11 at 9:00am |

## GOOD CAUSE FOR THIS REQUESTED ORDER EXISTS FOR THE FOLLOWING REASONS:

1. Plaintiff's spent a considerable amount of time considering and examining Defendant United States of America, General Services Administration and Chris Coley's Motion to Dismiss that was subsequently granted on March 15, 2010.  During this time the parties did not engage in any discovery.  As of today Plaintiff has propounded an initial set of written discovery on Defendant Fed Ex, including Special Interrogatories, Requests for Production of Documents, and Requests for Admissions. Plaintiff anticipates filing a motion for leave to amend its pleading to name Kelly Services as a Defendant. Kelly Services held a subcontract with Defendant FedEx at their GSA Worksite. Once a named Defendant, Plaintiff anticipates the need for further and more extensive written discovery as well as depositions of numerous persons including:  Christine Coley (GSA);  Angela Acmoody (FedEx Ground Senior Manager);  Ryan Johnson  (Kelly Services Supervisor);  James Gorman  (GSA Facility Manager) Kevin Carter (Sharpe Depot Security Guard) as well as those persons most knowledgeable as to the subcontract between Kelly Services and Fed Ex.  The Parties have continued to successfully work cooperatively through all discovery matters and have at no time resorted to this Court for resolution of the same.

//

//

//

JOINT STIPULATION AND [PROPSED] ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER  -  2

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties believe that with the requested modification to the case management, percipient and expert discovery as well as the trial dates can be completed without causing undue burden to the witnesses. Without the requested modifications, on the other hand, the parties believe there will be significant burden imposed upon the parties, witnesses and their counsel in an effort to comply with the current case management dates.

3. Both Parties have agreed to mediation. However, the requested modifications will Allow the parties access to further discovery that will only assist in any future mediation efforts.

4. No party shall be prejudiced by this Order where the parties have stipulated to the new dates.

**IT IS SO STIPULATED:**

LAW OFFICES OF NEVIN & ABSALOM

Dated: June 3, 2010                     /S/ Kenneth C. Absalom
                                       Kenneth C. Absalom
                                       Attorneys for Plaintiff


FEDEX GROUND PACKAGE SYSTEM, INC.

Dated: June 2, 2010                     /S/ Benjamin J. Ferron
                                       Benjamin J. Ferron
                                       Attorneys for Defendant

JOINT STIPULATION AND [PROPSED] ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER  -  3

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, THE COURT SETS THE FOLLOWING PRE-TRIAL SCHEDULING DATES IN THIS MATTER:**

| | |
|---|---|
| Close of Discovery: | 10/1/10 |
| Last day for Plaintiff's Expert Disclosure | 8/13/10 |
| Last Day for Defendant's Expert Disclosure | 9/10/10 |
| Last Day to File Dispositive Motions | 11/3/10 |
| Last Day to Hear Dispositive Motions | 12/8/10 at 9:30 a.m. |
| Pre-trial Conference | 1/28/11 at 3:00 p.m. |
| Last Day to File Join Pre-Trial Statement | 3/21/11 |
| Trial Date | 3/14/11 at 9:00am |

**IT IS SO ORDERED:**

Dated:   June 3, 2010                              /s/ John A. Mendez
                                                                    HON. JOHN A. MENDEZ
                                                                    United States District Court For the
                                                                    Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com