KENNETH C. ABSALOM (SBN 114607)
JAMES J. ACHERMANN (SBN 262514)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel:  415.392.5040
Fax: 415.392.3729

Attorneys For Plaintiff
E.B. Keyes

BENJAMIN J. FERRON (admitted pro hac vice)
Fed Ex Ground Packaging Systems, Inc.,
1000 Fed Ex Drive
Moon Township, PA 15108
Tel: 412.859.5945
Fax: 412.859.5450

Attorney for Defendant
Fed Ex Ground Package System, Inc.,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.B. KEYES,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., GENERAL SERVICES ADMINISTRATION, CHRISTINE COLEY, an individual; and DOES 1 through 10,,<br>　　　　　Defendant | Case No.: 2:09-cv-01297 JAM EFB<br><br>**STIPULATION CONSENTING TO PLAINTIFF'S FILING OF AMENDED COMPLAINT AND ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND.**<br><br>**Date**:　　Sept. 1, 2010<br>**Time**:　　9:30 a.m.<br>**Courtroom**:　9<br>**Judge**:　　Honorable John A. Mendez |

　　　　WHEREAS, Plaintiff E.B. Keyes intends to file a Motion for Leave to File its Amended Complaint on July 23, 2010.

　　　　WHEREAS after having met and conferred with Plaintiff's Counsel, Defendant Fed Ex Ground Package System Inc. ("Fed Ex") has had time to review Plaintiff's proposed First Amended Complaint;

Stip. Consenting to Filing Of Amended Comp. - 1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendant Fed Ex consents to Plaintiff's filing of its Amended Complaint without the need for a motion seeking leave of the Court;

THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Fed Ex consents to Plaintiff filing its Amended Complaint and the parties hereby stipulate that the Amended Complaint will be filed separately upon Order granting leave by this Court.  Further, the parties ask that any hearing on Plaintiff's Motion for Leave to Amend be vacated in response to this stipulation.

Dated: July 23, 2010                                        Respectfully Submitted,

---

Kenneth C. Absalom
James J. Achermann
Attorney for Plaintiff E.B. Keyes

Dated: July 23, 2010

---

Benjamin Ferron
Attorney for Defendant Fed Ex Ground Package System Inc.

Stip. Consenting to Filing Of Amended Comp. - 2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to this stipulation as well as Plaintiff's Motion for Leave to Amend and supporting documents, this Court GRANTS Plaintiff's leave to File a First Amended Complaint within 20 days of this Courts ORDER.

IT IS SO ORDERED


Dated:  July 26, 2010			/s/ John A. Mendez_____
					John A. Mendez
					United States District Court Judge

Stip. Consenting to Filing Of Amended Comp. - 3

PDF created with pdfFactory trial version www.pdffactory.com