1
2
3
4
5
6

KENNETH C. ABSALOM (SBN 114607)
JAMES J. ACHERMANN (SBN 262514)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff
E.B. KEYES,

7
8
9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| E.B. KEYES,<br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDEX GROUND PACKAGING SYSTEMS,<br>INC., GENERAL SERVICES<br>ADMINISTRATION, CHRISTINE COLEY,<br>an individual, KELLY SERVICES INC.<br><br>　　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:09-cv-01297 JAM EFB<br><br>JOINT STIPULATION AND ORDER TO<br>MODIFY STATUS (PRE-TRIAL)<br>SCHEDULING ORDER<br><br>**(AS MODIFIED BY THE COURT)** |

19
20
21
22
23

Pursuant to Civ. L.R. 7-12, the parties to the above-captioned action, by and through their undersigned counsel of record, hereby request that this Court approve the following Stipulation to modify the Status (Pre-trial) Scheduling Order and Trial Date so that the parties may complete percipient and expect discovery, and fully prepare this case for trial.

24

**IT IS HEREBY STIPULATED:**

25
26
27
28

| | CURRENT DATE | NEW DATE |
|---|---|---|
| Close of Discovery: | 10/1/10 | 3/28/11 |
| Last day for Plaintiff's Expert Disclosure | 8/13/10 | 2/7/11 |
| Last Day for Defendant's Expert Disclosure | 9/10/10 | 3/7/11 |
| Last Day to File Dispositive Motions | 11/3/10 | 5/18/11 |

PDF created with pdfFactory trial version www.pdffactory.com

Last Day to Hear Dispositive Motions          12/8/10 at 9:30 a.m.          6/15/11 at 9:30 a.m.

Pre-trial Conference                          1/28/11 at 3:00 p.m.          8/12/11 at 2:00 p.m.

Last Day to File Join Pre-Trial Statement     3/21/11                      8/5/11

Trial Date                                    3/14/11 at 9:30am            9/26/11 9:30 a.m.

## GOOD CAUSE FOR THIS REQUESTED ORDER EXISTS FOR THE FOLLOWING REASONS:

1.          On July 23, 2010 Plaintiff E.B. Keyes filed a First Amended Complaint naming for the first time Kelly Services Inc. as a Defendant.  On July 29 the summons was issued on Plaintiff's First Amended Complaint. Thereafter Defendant Fed Ex answered Plaintiff's First Amended Complaint on August 10, 2010. On August 26, 2010 Defendant Kelly filed a motion to extend their time for answering which Plaintiff stipulated to on August 27, 2010. After further meet and confer, Plaintiff voluntarily dismissed Defendant Kelly from numerous claims set forth in their First Amended Complaint on September 23, 2010. On September 24, 2010 Defendant Kelly Services filed a motion to dismiss which was heard on November 3, 2010.  The Court dismissed Defendant Kelly at the hearing on November 3, 2010 and is awaiting an order.

2.          As of November 3, 2010 all the parties are now aware as to which parties remain in the matter. Up until this point both Plaintiff and Defendant FedEx have done little in the way of discovery as both parties were awaiting the result of the November 3, 2010 hearing in order to learn whether Kelly Services would remain as  party-defendant and thus participate in the discovery  Because  discovery in the case was stayed by agreement of the parties pending the disposition of Kelly's motion to dismiss, the courts current deadlines have lapsed and both Plaintiff and Defendant FedEx need to extend the current pre-trial schedule so that they may complete discovery in this  matter.

3.          To date, Plaintiff has propounded an initial set of written discovery on Defendant Fed Ex, including Special Interrogatories, Requests for Production of Documents, and Requests for Admissions. Plaintiff anticipates the need for further and more extensive written discovery as well as depositions of numerous persons including:  Christine Coley (GSA); Angela Acmoody (FedEx Ground Senior Manager); Ryan Johnson (Kelly Services Supervisor); James Gorman

PDF created with pdfFactory trial version www.pdffactory.com

1   (GSA Facility Manager) Kevin Carter (Sharpe Depot Security Guard) as well as those persons

2   most knowledgeable as to the subcontract between Kelly Services and Fed Ex.  The Parties have

3   continued to successfully work cooperatively through all discovery matters and have not had to

4   resort to this Court for resolution of any discovery disputes to date.

5   　　　2. The parties believe that with the requested modification to the case management

6   schedule, percipient and expert discovery can be completed without causing undue burden to the

7   witnesses. Without the requested modifications, on the other hand, the parties would be deprived

8   of the ability to fully litigate the matter and would be ill-prepared to proceed to meaningful

9   settlement discussions or to trial, if necessary, within the current case management dates.

10  　　　3. Both Parties have submitted to an Early Neutral Evaluation and are awaiting

11  assignment of a Neutral Evaluator by the Court.  However, the requested modifications will

12  allow the parties access to further discovery that will only assist in any future mediation efforts.

13  　　　4. No party  is prejudiced by this proposed modified schedule in that each has stipulated

14  to the new dates.

15

16  　　**IT IS SO STIPULATED:**

17

18  　　　　　　　　　　　LAW OFFICES OF NEVIN & ABSALOM

19

20  Dated: <u>November 18, 2010</u>　　　　　　<u>　　　/S/　　　　　</u>

21  　　　　　　　　　　　　James A. Achermann
　　　　　　　　　　　　Attorneys for Plaintiff

22

23  　　　　　　　　　　　FEDEX GROUND PACKAGE SYSTEM, INC.

24  Dated: <u>November 18, 2010</u>　　　　　　<u>　　　/S/　　　　　</u>

25  　　　　　　　　　　　　Benjamin J. Ferron
　　　　　　　　　　　　Attorneys for Defendant

26  　　　　　　　　　　　　Fed Ex Ground Packaging Systems

27

28

JOINT STIPULATION AND [PROPSED] ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER  –  3

PDF created with pdfFactory trial version www.pdffactory.com

1

2   **PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, THE**

3   **COURT VACATES THE CURRENT SCHEDULING ORDER AND SETS THE**
    **FOLLOWING PRE-TRIAL SCHEDULING DATES IN THIS MATTER:**

4

|                                               | **CURRENT DATE**       | **NEW DATE**          |
| --------------------------------------------- | ---------------------- | --------------------- |
| Close of Discovery:                           | 10/1/10                | 3/28/11               |
| Last day for Plaintiff's Expert Disclosure    | 8/13/10                | 2/7/11                |
| Last Day for Defendant's Expert Disclosure    | 9/10/10                | 3/7/11                |
| Last Day to File Dispositive Motions          | 11/3/10                | 5/18/11               |
| Last Day to Hear Dispositive Motions          | 12/8/10 at 9:30 a.m.   | 6/15/11 at 9:30 a.m.  |
| Pre-trial Conference                          | 1/28/11 at 3:00 p.m.   | 8/12/11 at 2:00 p.m.  |
| Last Day to File Join Pre-Trial Statement     | 3/21/11                | 8/5/11                |
| Trial Date                                    | 3/14/11 at 9:30 a.m.   | 9/26/11at 9:30 a.m.   |

5
6
7
8
9
10
11
12
13
14

15         **IT IS SO ORDERED AS MODIFED BY THE COURT:**

16   Dated:   November 19, 2010                      /s/ John A. Mendez_____

17                                                    HON. JOHN A. MENDEZ
                                                      United States District Court For the
18                                                    Eastern District of California

19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPSED] ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER  –  4

PDF created with pdfFactory trial version www.pdffactory.com