UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| E. B. KEYES,<br><br>      Plaintiff,<br><br>      v.<br><br>CHRIS COLEY, an individual; FED EX GROUND PACKAGE SYSTEM INC.; GENERAL SERVICE ADMINISTRATION; KELLY SERVICES INC.,<br><br>      Defendants. | CASE NO. 2:09-cv-01297-KJM-EFB<br><br>**ORDER GRANTING DEFENDANT KELLY SERVICES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:         March 2, 2011<br>Time:         10:00 a.m.<br>Courtroom:    3<br>Judge:        Hon. Kimberly J. Mueller<br>Trial Date:   March 14, 2011 |

Defendant Kelly Services, Inc.'s Request for Telephonic Appearance for the Motion for Attorneys' Fees, scheduled for March 2, 2011 at 10:00 a.m., is GRANTED.

IT IS SO ORDERED.

DATED: February 18, 2011.

_____
UNITED STATES DISTRICT JUDGE