KENNETH C. ABSALOM (SBN 114607)
JAMES J. ACHERMANN (SBN 262514)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff
E.B. KEYES,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.B. KEYES, <br>              Plaintiff, <br><br>    vs. <br><br> FEDEX GROUND PACKAGING SYSTEMS, INC., GENERAL SERVICES ADMINISTRATION, CHRISTINE COLEY, an individual, KELLY SERVICES INC. <br><br>              Defendant | Case No.: 2:09-cv-01297 KJM- EFB <br><br> AMENDED JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER |

      Pursuant to Civ. L.R. 143 and 144,, the parties to the above-captioned action, by and through their undersigned counsel of record, hereby request that this Court approve the following Stipulation to modify the Status (Pre-trial) Scheduling Order and Trial Date so that the parties may complete percipient witness discovery and fully prepare this case for trial.

**IT IS HEREBY STIPULATED:**

| | CURRENT DATE | NEW DATE |
|---|---|---|
| Close of Discovery: | 3/28/11 | 6/27/11 |
| Last day for Plaintiff's Expert Disclosure | 2/7/11 | 2/7/11 |
| Last Day for Defendant's Expert Disclosure | 3/7/11 | 3/7/11 |
| Last Day to File Dispositive Motions | 5/18/11 | 8/3/11 |

JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRE-TRIAL) SCHEDULING ORDER  - 1

| | | |
|---|---|---|
| Last Day to Hear Dispositive Motions | 6/15/11 at 9:30 a.m. | 9/7/11 at 9:30 a.m. |
| Pre-trial Conference | 8/10/11 at 11:00 a.m. | 11/11/11 at 3:00 p.m. |
| Last Day to File Join Pre-Trial Statement | 8/3/11 | 11/4/11 |
| Trial Date | 9/26/11 9:00 a.m. | 12/19/11 9:30 a.m. |

## GOOD CAUSE FOR THIS REQUESTED ORDER EXISTS FOR THE FOLLOWING REASONS:

1. On July 23, 2010 Plaintiff E.B. Keyes filed a First Amended Complaint naming for the first time Kelly Services Inc. as a Defendant. On July 29 the summons was issued on Plaintiff's First Amended Complaint. Thereafter Defendant Fed Ex answered Plaintiff's First Amended Complaint on August 10, 2010. On August 26, 2010 Defendant Kelly filed a motion to extend their time for answering which Plaintiff stipulated to on August 27, 2010. After further meet and confer, Plaintiff voluntarily dismissed Defendant Kelly from numerous claims set forth in their First Amended Complaint on September 23, 2010. On September 24, 2010 Defendant Kelly Services filed a motion to dismiss which was heard on November 3, 2010. The Court dismissed Defendant Kelly at the hearing on November 3, 2010. Therefore, only recently have the parties that will continue on to trial been set.

2. On January 21, 2011 Plaintiff sent a subpoena and notice of deposition to Kelly Services Inc. regarding the deposition and records request of the Person Most Knowledgeable in regards to the events surrounding the above captioned matter. After meeting and conferring regarding the subpoena, Plaintiff revised his Subpoena on February 2, 2011 setting a deposition date of March 4 2011. On receipt of the PMK Subpoena, Plaintiff and counsel for Kelly Services Inc., have diligently met and conferred regarding Kelly Services search for the correct PMK. On February 25, 2011 counsel for Kelly Services informed Plaintiff that they had only just found the correct PMK but would not be able to produce the PMK on March 4, 2011. To date Plaintiff is meeting and conferring on setting the new date for deposition. Taking of said deposition is a necessary component of proving Plaintiff's case.

3. Further Plaintiff has diligently met and conferred with Defense Counsel for FedEx Ground Packaging Systems regarding delays in production of documentation that is

necessary and relevant to any and all depositions. Plaintiff had depositions set and scheduled for February 21, 2011 and February 23, 2011 of relevant Fed Ex fact witnesses however, those depositions were not able to go forward due to scheduling conflicts as well as Defendant Fed Ex's delay in producing relevant documentation prior to the date of deposition. After meeting and conferring on the issue, Defendant Fed Ex is currently in process of delivering said documents and Plaintiff has had to reset the scheduled depositions in light of the delay. However, Plaintiff continues to meet and confer with Defendant Fed Ex and is currently in the process of setting new deposition dates. Further Defendant counsel is located across the country and is currently scheduled for a three week trial in May of 2011.

    4.    Plaintiff has also been in contact with the United States Attorney General's Office in an attempt to set depositions of Christine Coley and other relevant fact witnesses.

    2.    The parties have propounded written discovery, however, additional time is needed to complete the depositions of numerous persons including: Christine Coley (GSA); Angela Acmoody (FedEx Ground Senior Manager); Ryan Johnson (Kelly Services Supervisor); James Gorman (GSA Facility Manager) Kevin Carter (Sharpe Depot Security Guard) as well as those persons most knowledgeable as to the subcontract between Kelly Services and Fed Ex. The Parties have continued to successfully work cooperatively through all discovery matters but have had a difficult time locating and setting the depositions of percipient witnesses.

    3.    The parties believe that with the requested modification, percipient discovery can be completed without causing undue burden to the witnesses. Without the requested modifications, on the other hand, the parties would be deprived of the ability to fully litigate the matter and would be ill-prepared to proceed to meaningful settlement discussions or to trial, if necessary, within the current case management dates.

    4. No party is prejudiced by this proposed modified schedule in that each has stipulated to the new dates.

//

//

//

**IT IS SO STIPULATED:**

LAW OFFICES OF NEVIN & ABSALOM

Dated: <u>March 18, 2011</u>         <u>/S/ James A. Achermann</u>
                                    Attorneys for Plaintiff
                                    E.B. Keyes


FEDEX GROUND PACKAGE SYSTEM, INC.

Dated: <u>March 18, 2011</u>         <u>/S/ Benjamin J. Ferron (as authorized on 3/18/11)</u>
                                    Attorneys for Defendant
                                    Fed Ex Ground Packaging Systems

## ORDER

Based on the stipulation, the court's calendar, and good cause otherwise appearing, the court vacates the current scheduling order and sets the following pre-trial scheduling dates in this matter:

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| Close of Discovery: | 3/28/11 | 6/27/11 |
| Last day for Plaintiff's Expert Disclosure | 2/7/11 | 2/7/11 (unchanged) |
| Last Day for Defendant's Expert Disclosure | 3/7/11 | 3/7/11 (unchanged) |
| Last Day to File Dispositive Motions | 5/18/11 | 8/3/11 |
| Last Day to Hear Dispositive Motions | 6/15/11 at 9:30 a.m. | 9/14/11 at 10:00 a.m. |
| Pre-trial Conference | 8/10/11 at 11:00 a.m. | 11/9/11 at 11:00 a.m. |
| Last Day to File Join Pre-Trial Statement | 8/3/11 | 11/2/11 |
| Trial Date | 9/26/11 9:00 a.m. | 1/9/12 at 9:00 a.m. |

**IT IS SO ORDERED:**

Dated: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE