IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. B. KEYES,

    Plaintiff,                        CASE NO. 2:09-CV-01297-KJM-EFB

    vs.

CHRIS COLEY, an individual; FED EX GROUND PACKAGE SYSTEM INC.; GENERAL SERVICE ADMINISTRATION; KELLY SERVICES INC.,

    Defendants.

## ORDER

On September 16, 2011, the parties submitted a joint stipulation requesting that the court modify the scheduling order. ECF 65. This is the fifth stipulated request for modification of the scheduling order in this matter. ECF 25; ECF 42; ECF 60; ECF 64. In the court's most recent order adopting a stipulated modification to the scheduling order, the court cautioned the parties that any further modifications would occur only after a status conference with all parties present. ECF 64. Accordingly, the parties are ordered to appear on October 5, 2011 at 10:00 a.m. to discuss scheduling in the above-captioned matter.

IT IS SO ORDERED.

DATED: September 26, 2011.

_____
UNITED STATES DISTRICT JUDGE