IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. B. KEYES,

      Plaintiff,

vs.

CHRIS COLEY, an individual; FED EX GROUND PACKAGE SYSTEM INC.; GENERAL SERVICE ADMINISTRATION; KELLY SERVICES INC.,

      Defendants.

_____/

CASE NO. CIV S-09-01297 KJM EFB

<u>ORDER</u>

On October 5, 2011, the parties appeared for a status conference to discuss the fifth stipulated request for amendment to the courts' scheduling order. ECF 65. The parties agreed no further alterations to the court's scheduling order should be necessary and further agreed to a settlement conference once discovery has closed. Therefore, the court orders as follows.

I.    <u>STIPULATED DATE EXTENSIONS</u>

As discussed with the parties at the status conference, the pretrial scheduling order is amended to substitute the following dates:

/////

/////

1

| | | |
|---|---|---|
| 1 | Close of Discovery: | December 26, 2011 |
| 2 | Last day for plaintiff's expert disclosure: | February 7, 2012 |
| 3 | Last day for defendant's expert disclosure: | March 7, 2012 |
| 4 | Last day to hear dispositive motions: | March 14, 2012 |
| 5 | Pre-trial Conference: | May 9, 2012 |
| 6 | Last day to file pre-trial conference statement: | May 2, 2012 |
| 7 | Trial date: | June 18, 2012 |

II. SETTLEMENT CONFERENCE

A settlement conference is scheduled for **January 17, 2012** at 9:00 a.m. with Magistrate Judge Carolyn Delaney. Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement. Such statements are neither to be filed with the Clerk nor served on opposing counsel. Each party, however, shall serve notice on all other parties that the statement has been submitted. The Settlement Conference Statement shall not be disclosed to the trial judge.

IT IS SO ORDERED.

DATED: October 17, 2011.

_____
UNITED STATES DISTRICT JUDGE