IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. B. KEYES,

    Plaintiff,                                  CASE NO. 2:09-CV-01297-KJM-EFB

    vs.

CHRIS COLEY, an individual; FED EX
GROUND PACKAGE SYSTEM INC.;
GENERAL SERVICE ADMINISTRATION;
KELLY SERVICES INC.,                    ORDER

    Defendants.

                                                              ORDER TO SHOW CAUSE

_____/

        On October 5, 2011, the parties appeared for a status conference to discuss the fifth stipulated request for amendment to the courts' scheduling order. (ECF 65.) The parties agreed no further alterations to the court's scheduling order should be necessary and further agreed to a settlement conference once discovery closed on December 26, 2011. The court subsequently issued an order amending the pretrial scheduling order and setting a settlement conference for January 17, 2012. (ECF 74.) Under the court's order, the parties were required to submit settlement statements to the presiding settlement judge seven days prior to the settlement conference. As of January 12, 2012, the parties have not submitted the required settlement statements in compliance with this

1  court's order. Rather, the parties submitted a belated stipulation requesting that the settlement
2  conference be moved from January to April. (ECF 77.)
3     While the court APPROVES the parties' stipulation so as to avoid wasting the time
4  of the settlement judge, it appears that the stipulation is an end run around the amended scheduling
5  order to which the parties did not object.  All counsel are ordered to show cause within seven days
6  of this order why they should not be sanctioned in the amount of $250.00 each for failing to submit
7  either timely settlement statements or an earlier stipulation proposing that the settlement conference
8  date be moved.
9     The settlement conference is reset before Magistrate Judge Delaney for April 16,
10 2012.
11 DATED: January 12, 2012.

_____
UNITED STATES DISTRICT JUDGE