IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. B. KEYES,

      Plaintiff,

vs.

CHRIS COLEY, an individual; FED EX GROUND PACKAGE SYSTEM INC.; GENERAL SERVICE ADMINISTRATION; KELLY SERVICES INC.,

      Defendants.

_____/

CASE NO. 2:09-CV-01297-KJM-EFB

<u>ORDER</u>

      On October 5, 2011, the parties appeared for a status conference to discuss the fifth stipulated request for amendment to the court's scheduling order. (ECF 65.) The parties agreed no further alterations to the court's scheduling order would be necessary and further agreed to a settlement conference once discovery closed on December 26, 2011. The court subsequently issued an order amending the pretrial scheduling order and setting a settlement conference for January 17, 2012. (ECF 74.) Under the court's order, the parties were required to submit settlement statements to the presiding settlement judge seven days prior to the settlement conference. The parties failed to do so. Rather, on January 12, 2012, the parties chose to submit a belated stipulation moving the settlement conference from January to April. (ECF 77.) On January 13, 2012, the court issued an

1

order to show cause for why counsel for the parties should not be personally sanctioned for failing to comply with the court's order. (ECF 78.)

Counsel for parties dismissed from the action and not involved in the proposed settlement conference, namely Chris Coley and Kelly Services, are rightfully excused and the show cause order is discharged with respect to them. Counsel for plaintiff and counsel for defendant FedEx claim that they relied in good faith on the settlement judge's courtroom deputy's representation that the settlement judge would accommodate their request to vacate the settlement conference and therefore did not feel obligated to file settlement statements. At that time, the docket did not reflect the settlement conference had been vacated. Alterations to the schedule are made through formal requests on the docket and not informal conversations with the courtroom deputy. Messrs. Ferron and Achermann, as signatories to the untimely stipulation, are cautioned that future disregard for this court's orders will result in sanctions. The order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: February 13, 2012.

_____
UNITED STATES DISTRICT JUDGE